AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1112 Eastern Avenue, NE
Apartment #104
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 08-359-M 01

TO:  __William T. Smith__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, William T. Smith_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

1112 Eastern Avenue, NE, Apt. #104, Washington, DC, is described as a 3 level red brick residential apartment building. Attached to the front of the building is a Blue awning with 2 white stripes and the numbers 1112 are displayed on both the awning itself and on the outside front of the building located to the left of the front entrance door. Apartment 104 is located on the 1st floor and the door is dark red in color w/a gold door knocker affixed displaying the numbers 104.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___Jun 19, 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 0 9 2008
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, DC

_[signature]_
Signature of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 9, 2008 | June 10, 2008   3:55 p.m. | Left on Premises |

INVENTORY MADE IN THE PRESENCE OF
ATF Special Agents Green, Poorbaugh, and Machonis

### INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Panasonic flatscreen television
Computer flash drives
Documents including bank statements, phone bills, checkbook, and other bills and letters in the name of John Haley
Suspected drug packaging material and paraphernalia
Digital scales with residue
Pyrex measuring containers with residue
7.65 caliber pistol and ammunition
Cell phone

**FILED**

JUN 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____      _____
U.S. Judge or U.S. Magistrate Judge                Date

ATTACHMENT A

    a. Books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, purchase, packaging, sale and distribution of controlled substances.

    b. Address and telephone books, and papers reflecting names, addresses, and/or telephone numbers.

    c. Books, records, receipts, bank statements, and records, money drafts, letters of credit, money orders and cashier checks, passbooks, bank checks and any other items evidencing the obtaining, secreting, transfer, and concealment of assets and expenditure of money.

    d. Any and all electronic data processing and storage devices or other electronic equipment, such as computers, computer systems, keyboards, central processing units, external and/or internal drives, external and internal storage devices such as magnetic tapes and/or disks or diskettes, together with system documentation, operating logs and documentation, software and instruction manuals, passwords, test keys, and encryption codes or similar codes that are necessary to access computer programs, facsimile machines, telephone answering machines, telephone paging devices, caller identification, organizers, currency counting machines, and any other information stored in memory or contained in any related hardware and software.

    e. Photographs, in particular, photographs of co-conspirators, assets, or controlled substances, and other documents identifying associates and co-conspirators.

    f. Indicia of occupancy, residency, and ownership of the premises, including but not limited to, utility and telephone bills, correspondence, and keys.

g. Any locked or closed containers which could contain any of the above listed evidence.

h. Any evidence of participation in narcotics conspiracy.

i. Any evidence related to possession of weapons and/or firearms, including but not limited to revolvers, semi-automatic pistols, rifles, and ammunition.

j. United States currency, precious metals, jewelery and financial instruments, stocks and bonds.

k. Cellular telephones, pagers and records and receipts reflecting their ownership and use.

l. Safes, both combination and key type, and their contents.

m. Stolen property, including but not limited to gift cards, vacuum cleaners, kitchen mixers, and electronic equipment (including but not limited to flat screen televisions, mobile telephones, facsimile machines, telephone answering machines, telephone paging devices, currency counting machines, video game consoles, iPod music devices, and GPS units).